AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America<br>v.<br>Frank Dahlquist<br><br>*Defendant* | ) Case: 1:24-mj-00001<br>) Assigned To : Meriweather, Robin M.<br>) Assign. Date : 1/4/2024<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Frank Dahlquist                             ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1),(2), and (4) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 111(a)(1), Forcibly assaulting, resisting, opposing, or impeding a person designated in section 1114;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
40 U.S.C. § 5104(e)(2) (D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:     01/04/2024                                        2024.01.04 12:30:58 -05'00'
                                                              *Issuing officer's signature*

City and state:     Washington, D.C.         Robin M. Meriweather, U.S. Magistrate Judge
                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/04/2024, and the person was arrested on *(date)* 01/10/2024
at *(city and state)* Helena Montana.

Date: 01/10/2024

*Arresting officer's signature*

Christopher Quintero   Special Agent
*Printed name and title*